IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10408
Conference Calendar
_____


RONALD DEAN LOWE,

                                        Plaintiff-Appellant,

versus

WELDON CANTRELL ET AL.,

                                        Defendants-Appellees.



- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 95-CV-1370-TG
- - - - - - - - - -
August 20, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:*

      Ronald Dean Lowe, Oklahoma inmate #219027, appeals the
dismissal as frivolous of his civil rights complaint concerning
the denial of medical care for a pretrial detainee and conspiracy
thereof.  We have carefully reviewed the record and Lowe's
arguments.  For essentially the same reasons upon which the
district court relied, see Lowe v. Cantrell, No. 3:95-CV-1370-T
(N.D. Tex. Mar. 28, 1996), we detect no abuse of discretion.  See

_____

      * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

<u>Denton v. Hernandez</u>, 504 U.S. 25, 33 (1992).  Lowe's remaining arguments, such as the impartiality of the magistrate judge and the propriety of the dismissal without opportunity to amend and before service or discovery, are without merit.

This appeal is frivolous and therefore is DISMISSED.  <u>See</u> 5th Cir. R. 42.2.  We caution Lowe that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Lowe is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED.  SANCTION WARNING ISSUED.